FILED
CLERK, U.S. DISTRICT CO.
AUG - 7 2017
CENTRAL DISTRICT OF CALIFO
BY ___ DEPU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 17-1998M |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION |
| ALFREDO PLACIDO-BRAVO, ) | [18 U.S.C. §§ 3148(b), 3143(a)] |
| Defendant. ) | |

On August 7, 2017, Defendant ALFREDO PLACIDO-BRAVO made his initial appearance following his arrest on a bench warrant issued by the United States District Court for the Southern District of California on November 10, 2016 for alleged violations of the terms and conditions of pretrial release.

A detention hearing pursuant to 18 U.S.C. §§ 3148(b) and 3143(a). The Court has reviewed the files and records in this matter, including the report prepared by the U.S. Pretrial Services Agency and its recommendation of detention. Defendant has submitted on the recommendation of detention.

The Court finds, pursuant to 18 U.S.C. § 3148(b), as follows:

1. Based on the factors set forth in 18 U.S.C. § 3142(g), there is no longer is any condition or combination of conditions of

release that will assure that the defendant will not flee or pose a danger to the community or to others if allowed to remain on bail pending future court proceedings.

2. The Court has taken into account the allegations of defendant's noncompliance with the conditions of pretrial release as alleged in the petition for action on conditions of pretrial release and warrant for arrest issued by the United States District Court for the Southern District of California.

The Court finds that the conduct defendant is alleged to have engaged in constitute a change in circumstances which justifies reconsideration of the decision to allow him to remain on bail pending future court appearances. The Court now finds that, under the current circumstances, clear and convincing evidence does not exist to show that the defendant is not likely to flee or pose a danger to the community or to others if allowed to remain on bail.

IT THEREFORE IS ORDERED that defendant is remanded to the custody of the United States Marshal.

Dated: August 7, 2017

/s/
ALKA SAGAR
UNITES STATES MAGISTRATE JUDGE